# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

U.S.A. vs. Travis Shonta Allen                                           Docket No. 5:10-CR-144-1D

### Petition for Action on Supervised Release

COMES NOW Dewayne L. Smith, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Travis Shonta Allen, who, upon an earlier plea of guilty to Distribution of a Quantity of Cocaine Base (Crack) and Aiding and Abetting, in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2, was sentenced by the Honorable James C. Dever III, Chief U.S. District Judge, on February 8, 2012, to the custody of the Bureau of Prisons for a term of 51 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 3 years under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall consent to a warrantless search by a United States Probation Officer or, at the request of the probation officer, any other law enforcement officer, of the defendant's person and premises, including any vehicle, to determine compliance with the conditions of this judgment.

2. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

3. While under supervision in the Eastern District of NC, the defendant shall participate in the DROPS Program and, in response to detected illegal drug use, shall be confined in the custody of the Bureau of Prisons for a period not to exceed 30 days of intermittent confinement, as arranged by the probation office, in the following increments: First Use - Two Days; Second Use - Five Days; Third Use - Ten Days.

4. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

5. The defendant shall cooperate in the collection of DNA as directed by the probation officer.

Travis Shonta Allen was released from custody on February 7, 2014, at which time the term of supervised release commenced. On February 27, 2014, a Violation Report was submitted advising that Allen was charged in Wilson County, North Carolina, with Misdemeanor Communicating Threats. The defendant denied guilt, and the court agreed to continue supervision until adjudication. This charge was voluntarily dismissed on April 30, 2014. On May 5, 2014, a DROPS Sanction Report to the Court was submitted advising that Allen tested positive for marijuana on April 23, 2014. He is scheduled to serve two days in the Cumberland County Jail beginning May 16, 2014.

Travis Shonta Allen
Docket No. 5:10-CR-144-1D
Petition For Action
Page 2

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On April 22, 2014, the defendant was charged in Wilson County, Wilson, North Carolina, with No Operator's License and Fictitious Information to an Officer (14CR51504). He was arrested by Officer Ulysis E. Johnson of the Wilson Police Department, and Allen posted a $500 secured bond. Although these charges remain pending, Allen admitted to driving without having a license and using his cousin's name. As a sanction for this criminal conduct, we are recommending that he be placed on home detention for 30 days. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

The defendant shall abide by all conditions and terms of the home detention program for a period not to exceed 30 consecutive days. The defendant shall be restricted to residence at all times except for pre-approved and scheduled absences for employment, education, religious activities, treatment, attorney visits, court appearances, court obligations or other activities as approved by the probation officer. The defendant shall wear an electronic monitoring device and follow electronic monitoring procedures specified by the probation officer.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

I declare under penalty of perjury that the foregoing is true and correct.

/s/Dwayne K. Benfield
Dwayne K. Benfield
Supervising U.S. Probation Officer

/s/Dewayne L. Smith
Dewayne L. Smith
U.S. Probation Officer
201 South Evans Street, Room 214
Greenville, NC 27858-1137
Phone: 252-758-7200
Executed On: May 6, 2014

### ORDER OF COURT

Considered and ordered this __8__ day of __May__, 2014, and ordered filed and made a part of the records in the above case.

James C. Dever III
Chief U.S. District Judge